# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133841

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROUMMEL JEROME INGRAM,
      Defendant-Appellant.

SC: 133841
COA: 275786
Macomb CC: 2005-004843-FC

_____/

      On order of the Court, the application for leave to appeal the February 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

p0723